UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

John Doe

    v.                                                                              Civil No. 22-cv-043-SE

Town of Lisbon, et al.

ORDER OF RECUSAL

I hereby recuse myself from presiding over this case. The case shall be assigned to another judge.

SO ORDERED.

                                                                                            _/s/ Samantha D. Elliott_
                                                                                            Samantha D. Elliott
                                                                                           United States District Judge

February 3, 2022

cc:   Counsel of Record