```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF NEW HAMPSHIRE
```

Doe

    v.                                                    Case No. 1:21-cv-944-JL

Lisbon, NH, Town of et al


Doe

    v.
                                                                              Case No. 1:22-cv-43-SM

Lisbon, NH, Town of et al


<u>NOTICE</u>

    The above cases referenced each other as related actions.

    After review, the clerk's office has determined that these cases might be consolidated pursuant to Fed. R. Civ. P. 42(a), LR 42.1.  **Unless counsel advises us to the contrary by March 19, 2022, these cases may be consolidated and an order of consolidation issued.**  Any pleadings filed in response to this order shall be filed individually in each of the above-referenced cases that have been identified for potential consolidation.  As the court will not favorably entertain later motions to "unconsolidate" because of failure to respond, counsel should timely file an objection if such exists.

    Cases will be consolidated for all purposes; former related case will be statistically closed and all parties and counsel from related case will be added to the main case if not already a part of that case.

A copy of this order shall be docketed individually in each of the above-referenced cases and sent to all counsel of record.

The plaintiff shall include a copy of this order in the service on the defendants in both cases.

By the Court,

/s/ Megan Cahill
Megan Cahill
Deputy Clerk

February 8, 2022