Filed
File Date: 1/19/2022 5:19 PM
Grafton Superior Court
E-Filed Document

# THE STATE OF NEW HAMPSHIRE

GRAFTON, SS

SUPERIOR COURT
DOCKET NO. 215-2022-CV-00014

▉▉▉▉▉▉▉▉▉
**Plaintiff,**

215-2022-CV-00014

v.

**TOWN OF LISBON, and
NEW HAMPSHIRE DEPARTMENT OF JUSTICE,
Defendants.**

Granted

_Kenneth MacLeod_

Honorable Lawrence A. MacLeod, Jr.

January 21, 2022

Clerk's Notice of Decision
Document Sent to Parties
on 01/24/2022

## EX PARTE MOTION TO SEAL

NOW COMES the Plaintiff, ▉▉▉▉▉▉▉▉ by and through his counsel, Cooper

Cargill Chant, P.A., and hereby moves that this Court seal the docket and all pleadings in this

matter, and in support thereof submits as follows:

1.  This action is being filed pursuant to RSA 105:13-d, to protect the Plaintiff's State and

    Federal Constitutional rights, and to remove his name from the so-called Exculpatory

    Evidence Schedule (also known as the "Laurie List").

2.  The Plaintiff is concerned that publicly having his name as plaintiff will undercut any

    relief obtained in this matter, and will further jeopardize his ability to obtain future

    employment in the criminal justice and policing field – even if he is fully vindicated in

    this matter.

3.  When determining whether to seal a case, "the burden of proof rests with the party

    seeking closure...to demonstrate with specificity that there is some overriding

    consideration or special circumstance, that is, a sufficiently compelling interest, which

    outweighs the public's right of access to those records." *In re Keene Sentinel*, 136 N.H.

    121, 128 (1992) (citation omitted).

True Copy Attest

_D. Carlson_

David P. Carlson, Clerk of Court

February 4, 2022

4.      The plaintiffs' interest in having this lawsuit be filed under seal, while his Constitutional

rights are vindicated, is a compelling interest that outweighs the right of the public's right

of access to this litigation's docket.

The WHEREFORE, the Plaintiff respectfully requests that this Court:

A.      Seal the Docket and all pleadings in this matter, until further order of this Court; and

B.      Grant such further relief as is just and equitable.

                                        Respectfully submitted,

                                        **PLAINTIFF,**

                                        ███████████,
                                        By His Attorneys,

                                        COOPER CARGILL CHANT, P.A.

                                        /s/ Christopher T. Meier

Dated:  September 2, 2021               _____
                                        Christopher T. Meier, Bar ID # 17136
                                        2935 White Mountain Highway
                                        North Conway, New Hampshire 03860
                                        Tel:    (603) 356-5439
                                        Fax:    (603) 356-7975
                                        Email: cmeier@coopercargillchant.com

True Copy Attest

David P. Carlson, Clerk of Court

February 4, 2022